```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


IN RE: PEARL L.JONES              )
                                  )
                                  )
M&T MORTGAGE CORPORATION,         )
          Creditor,               )
     vs.                          )  CASE NO. 05B28434
                                  )  JUDGE JACQUELINE P. COX
PEARL L.JONES,                    )
          Debtor                  )
                                  )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes M&T Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the September 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of October 9, 2007.

   a. Attorney's Fees                  $250.00

   b. Property Inspections               $3.62

   c. Late Charges                      $67.30

   d. 9/07 + 10/07 (2 @ $841.24)     $1,682.48

   Total                             $2,003.40

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty

days of this notice, M&T Mortgage Corporation rights to collect these amounts will remain unaffected.

                                                Respectfully Submitted,
                                                M&T Mortgage Corporation

                                                <u>/s/Christopher M. Brown</u>
                                                Christopher M. Brown
                                                ARDC#6271138

                                                Pierce and Associates, P.C.
                                                1 North Dearborn Street
                                                Ste. 1300
                                                Chicago, Illinois 60602
                                                (312)346-9088